UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Buc-ee's Ltd., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.: H-14-1844 |
| | § | |
| | § | |
| B&B Grocery Store, Inc., | § | |
| and Anica B. Joran, | § | |
|     Defendants. | § | |

## ORDER

On October 5, 2014, Magistrate Judge Stephen Wm Smith conducted a Rule 16 Scheduling Conference in the above-referenced cause. Plaintiff failed to appear at the Rule 16 Scheduling Conference. The Court hereby

Dismisses the above-referenced cause for WANT OF PROSECUTION.

Signed at Houston, TX on the ___6___ day of November, 2014.

_____
DAVID HITTNER
United States District Judge